No.

CR 05 00219 JF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*Filed APR 1 3 2005 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

THE UNITED STATES OF AMERICA

vs.

FRANK MANUEL ABILA

**SEALED BY ORDER OF COURT**

# INDICTMENT

**COUNT ONE:** 18 U.S.C. § 472 - Possession of Counterfeit Currency
**COUNT TWO:** 18 U.S.C. § 471 - Manufacturing Counterfeit U.S. Currency
**COUNT THREE:** 18 U.S.C. § 474(a) - Possession of Electronic Images of U.S. Currency

*A true bill.*

_____
Foreperson

*Filed in open court this* 13 *day of* April *A.D. 2005*

_____
United States Magistrate Judge

**Bail. $** No bail arrest warrant

Order: file under seal

DOCUMENT NO. 1   CSA's INITIALS

DISTRICT COURT CRIMINAL CASE PROCESSING

1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

**SEALED BY ORDER OF COURT**

Filed
APR 13 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) CR No. 05 00219
    Plaintiff, )
      v. ) VIOLATIONS: 18 U.S.C. § 472–
) Possession of Counterfeit U.S. Currency; 18
FRANK MANUEL ABILA, ) U.S.C. 471–Manufacturing Counterfeit U.S.
) Currency; 18 U.S.C. § 474(a)–Possession of
    Defendant. ) Electronic Images of U.S. Currency
)
) SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 472)

On or about January 19, 2004, in the Northern District of California, the defendant

FRANK MANUEL ABILA,

with intent to defraud, did possess and conceal counterfeited and falsely made obligations of the United States, that is, Federal Reserve Notes, which he then knew to be falsely made and counterfeited; in violation of Title 18, United States Code, Section 472.

//
//
//

INDICTMENT

COUNT TWO: (18 U.S.C. § 471)

On or about January 19, 2004, in the Northern District of California, the defendant

FRANK MANUEL ABILA,

with intent to defraud, did falsely make, forge, and counterfeit obligations of the United States, that is, Federal Reserve Notes; in violation of Title 18, United States Code, Section 471.

COUNT THREE: (18 U.S.C. § 474(a))

On or about January 19, 2004, in the Northern District of California, the defendant

FRANK MANUEL ABILA,

knowingly, and with intent to defraud, had in his control, custody, and possession electronic images of obligations of the United States, that is, electronic images of Federal Reserve Notes; in violation of Title 18, United States Code, Section 474(a).

DATED: 4-13-05

A TRUE BILL.

_____
FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA LAMBERTI

INDICTMENT

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Count One: 18 U.S.C. § 472 -- Possession of Counterfeit U.S. Currency; Count Two: 18 U.S.C. § 471 -- Manufacturing Counterfeit U.S. Currency; Count Three: 18 U.S.C. § 474(a) -- Possession of Electronic Images of U.S. Currency

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

**DEFENDANT - U.S.**

▶ FRANK MANUEL ABILA

**DISTRICT COURT NUMBER:** CR 05 00219 JF

*Filed APR 13 2005 — RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE — E-filing*

**PENALTY:**
Counts One and Two: Up to 20 years imprisonment, 5 years supervised release, $250,000 fine, and $100 special assessment; Count Three: Up to 25 years imprisonment, 5 years supervised release, $250,000 fine, and $100 special assessment

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Special Agent Mark Trout--U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
   MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **KEVIN V. RYAN**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **MATTHEW A. LAMBERTI**

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

U.S. Marshals Service

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed: Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: